**Exhibit B**

**Proposed Form of Combined Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | : | Case No. 18-10684 (__) |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASES; NOTICE OF DEADLINES TO OBJECT TO (I) ADEQUACY OF DISCLOSURE STATEMENT AND (II) PLAN CONFIRMATION; NOTICE OF HEARING ON DISCLOSURE STATEMENT AND PLAN CONFIRMATION; AND SUMMARY OF PLAN OF REORGANIZATION**

COMMENCEMENT OF THE CHAPTER 11 CASES

**PLEASE TAKE NOTICE THAT** on March 25, 2018 (the "Petition Date"), Remington Outdoor Company, Inc., FGI Holding Company, LLC, FGI Operating Company, LLC, Remington Arms Company, LLC, Barnes Bullets, LLC, TMRI, Inc., RA Brands, L.L.C., FGI Finance, Inc., Remington Arms Distribution Company, LLC, Huntsville Holdings LLC, 32E Productions LLC, Great Outdoors Holdco, LLC, and Outdoor Services, LLC (each, a "Debtor," and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). [The Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") are being jointly administered under Case No. 18-10684 (__)].

**PLEASE TAKE NOTICE THAT** this notice provides important information concerning the bankruptcy cases. You may want to consult an attorney to protect your rights. All documents and pleadings filed in the Chapter 11 Cases may be inspected at the office of the Clerk of the Bankruptcy Court for the District of Delaware (the "Clerk's Office") at the address listed below. In addition, most pleadings filed in the Chapter 11 Cases will be posted and may be viewed for free on the website of the Debtors' [proposed] claims and noticing agent, Prime Clerk, LLC ("Prime Clerk" or the "Claims and Noticing Agent") at: http://cases.primeclerk.com/remington. Furthermore, a case information line has been

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

established, which may be reached by phone at 877-755-3450 or, for international callers, 347-338-6538 or by email at remington@primeclerk.com. **PLEASE NOTE: neither the staff of the Clerk's Office nor Prime Clerk can give legal advice.**

**PLEASE TAKE NOTICE THAT you may be a creditor of one of the Debtors. The filing of these Chapter 11 Cases automatically stays certain collection and other actions against the Debtors and the Debtors' property. If you attempt to collect a debt or take other action you may be penalized.**

**SUMMARY OF PLAN OF REORGANIZATION**

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2018, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Remington Outdoor Company, Inc. and Its Affiliated Debtors And Debtors in Possession* (as may be amended, supplemented, restated, or modified from time to time ((together with the Plan Supplement) the "Plan")[2] and the accompanying Disclosure Statement (the "Disclosure Statement"), each dated as of March 22, 2018. Copies of the Plan and Disclosure Statement are available for review as follows: (i) at the Clerk's Office, 824 North Market Street, 3rd Floor Wilmington, Delaware 19801, (ii) on the Court's website: *http://www.deb.uscourts.gov* (registration required), or (iii) for free on the website of the Claims and Noticing Agent at: *http://cases.primeclerk.com/remington.*

**PLEASE TAKE FURTHER NOTICE THAT** the Plan provides for the restructuring of certain of the Debtors' liabilities and equity interests as follows:[3]

- the ABL Facility Claims, in the aggregate principal amount of approximately $114,500,000, will receive, in full and final satisfaction, settlement, release, and discharge of, and in exchange for, each such Claim, consideration equal to the amount of such Claim, in Cash, on the Effective Date, except to the extent a holder of such Claims has agreed to an alternative treatment (which may include participation in an exit asset-based lending facility);

- the Allowed Term Loan Claims, in the aggregate principal amount of approximately $550,475,000, will be exchanged on a Pro Rata basis for (i) 82.5% of the New Common Units, (ii) to the extent such holder is an Electing Term Loan Lender, its Pro Rata Class 4 Shares of either (a) the Litigation Trust Class A Interests, or (b) any amounts allocated for distribution to the Electing Term Loan Lenders under a Litigation Settlement, and (iii) to the extent not previously paid to the Term Loan Lenders in accordance with the terms of the Interim DIP Order, Cash in an amount equal to the approximately $2.67 million interest payment that was due to the Term Loan Lenders on February 1, 2018;

- the Allowed Third Lien Notes Claims, in the aggregate principal amount of approximately $226,012,000, will be exchanged on a Pro Rata basis for (i) the ROC DIP

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

[3] The description of the terms of the Plan contained in this Notice is intended for summary purposes only, and to the extent there is any conflict between the content of this Notice and the terms of the Plan, the Plan shall control.

Distribution, (ii) the Third Lien Noteholder Cash Distribution, (iii) the New Warrants, and (iv) to the extent such holder is an Electing Third Lien Noteholder, its Pro Rata Class 5 Shares of either (a) the Litigation Trust Class B Interests, or (b) any amounts allocated for distribution to the Electing Third Lien Noteholders under a Litigation Settlement. To the extent not previously paid by OpCo to ROC in accordance with the terms of the Interim DIP Order, on the Effective Date, OpCo shall transfer Cash to ROC in an amount equal to $924,375.61 for reimbursement of fees and costs previously paid by ROC between January 30, 2018 and March 16, 2018;

- the Interests in Remington Outdoor Company, Inc. will be extinguished; and
- all other Claims, including all General Unsecured Claims and all Other Secured Claims, will be paid in full or otherwise rendered Unimpaired; *provided*, that any Allowed General Unsecured Claim against ROC shall be assumed by OpCo in accordance with the Plan.

**HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**
**AND CONFIRMATION OF PLAN**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on May [___], 2018 at [_:__ _].m. (prevailing Eastern time), before the Honorable [______________] in the Bankruptcy Court, to consider (i) the adequacy of the information contained in the Disclosure Statement and (ii) confirmation of the Plan. The hearing may be continued from time to time by indicating such adjournment in a notice filed with the Bankruptcy Court and the Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code prior to, during, or as a result of the hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that any objections to the adequacy of the Disclosure Statement or confirmation of the Plan must be filed with the Clerk of the Bankruptcy Court, together with proof of service thereof, and be served by personal service or by overnight delivery, so as to be **ACTUALLY RECEIVED** no later than 4:00___ p.m. (prevailing Eastern time) on the Objection Deadline by: (i) proposed co-counsel for the Debtors, (a) Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067, Attn: Gregory A. Bray, Thomas R. Kreller, and Haig M. Maghakian, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones and Timothy P. Cairns; and (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Juliet Sarkessian; and (iii) any other party who has requested notice in these Chapter 11Cases.

**OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE MAY NOT BE CONSIDERED AND MAY BE DEEMED OVERRULED.**

Dated: ______, 2018
Wilmington, Delaware

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ [Draft]
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (*pro hac vice* admission pending)
Thomas R. Kreller (*pro hac vice* admission pending)
Haig M. Maghakian (*pro hac vice* admission pending)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
Email: gbray@milbank.com
tkreller@milbank.com
hmaghakian@milbank.com

*Proposed Counsel to Debtors and Debtors in Possession*