**EXHIBIT C**

**Proposed Form of Notice of Court Approval to Solicit Non-Accredited Holders**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
                                                              :
In re:                                                        :     Chapter 11
                                                              :
REMINGTON OUTDOOR COMPANY, INC., et                           :     Case No. 18-10684 (__)
al.,¹                                                         :
                                                              :     (Joint Administration Requested)
                                                              :
                                       Debtors.               :
------------------------------------------------------------  x
```

## NOTICE OF BANKRUPTCY COURT APPROVAL
## TO SOLICIT NON-ACCREDITED HOLDERS

**PLEASE TAKE NOTICE** that on March 22, 2018 (the "Distribution Date"), the Debtors provided copies of the *Joint Prepackaged Chapter 11 Plan of Remington Outdoor Company, Inc. and Its Affiliated Debtors And Debtors in Possession* (as may be amended, supplemented, restated, or modified from time to time ((together with the Plan Supplement) the "Plan"),[2] and the accompanying Disclosure Statement (the "Disclosure Statement"), to all holders of Claims in Class 4 (Term Loan Claims) and Class 5 (Third Lien Notes Claims). Included with the Disclosure Statement were ballots for each holder of Claims in Class 4 and Class 5 to vote to accept or reject the Plan. As of the Distribution Date, however, only Accredited Investors (as such term is defined in Rule 501 of the Securities Act of 1933, as amended) were entitled to vote to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that on March [__], 2018, the Debtors obtained the Bankruptcy Court's approval to solicit votes on the Plan from all beneficial holders of Claims in Class 4 and Class 5, including those who are not Accredited Investors. All such holders, including those who are not Accredited Investors, are now entitled to vote on the Plan and complete and return their respective ballots in accordance with the instructions set forth therein.

---

[1]   The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that for your vote on the Plan to be counted, your vote must be actually received, pursuant to the instructions set forth in the applicable ballot, by Prime Clerk LLC <u>no later than 4:00 p.m., prevailing Eastern Time, on April 26, 2018</u> (the "<u>Voting Deadline</u>"). To be counted as votes to accept or reject the Plan, each ballot must be properly executed, completed, and delivered in accordance with the instructions set forth on the applicable ballot such that it is actually received by Prime Clerk LLC before the Voting Deadline. If you have any questions on the procedures for voting on the Plan, please call Prime Clerk LLC at either of the following telephone numbers: 877-755-3450 (domestic / toll free), or 347-338-6538 (international).

**PLEASE TAKE FURTHER NOTICE** that the Debtors have established the following timetable for the solicitation process:

| | |
|---|---|
| <u>**VOTING RECORD DATE**</u> | March 19, 2018 |
| <u>**VOTING DEADLINE**</u> | April 26, 2018, at 4:00 p.m. prevailing Eastern Time |
| **DEADLINE TO OBJECT TO CONFIRMATION OF THE PLAN AND ADEQUACY OF THE** <u>**DISCLOSURE STATEMENT**</u> | April 26, 2018, at 4:00 p.m. prevailing Eastern Time |
| **COMBINED HEARING TO APPROVE DISCLOSURE STATEMENT AND** <u>**CONFIRMATION OF PLAN**</u> | May 3, 2018 |

2

Dated: _____, 2018
Wilmington, Delaware

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ [Draft]
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:          ljones@pszjlaw.com
                tcairns@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Gregory A. Bray (*pro hac vice* admission pending)
Thomas R. Kreller (*pro hac vice* admission pending)
Haig M. Maghakian (*pro hac vice* admission pending)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:     (424) 386-4000
Facsimile:      (213) 629-5063
Email:          gbray@milbank.com
                tkreller@milbank.com
                hmaghakian@milbank.com

*Proposed Counsel to Debtors and Debtors in Possession*