# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
REMINGTON OUTDOOR COMPANY, INC., *et* : Case No. 18-10684 (BLS)
*al.*,[1] :
:
:
Debtors. : (Jointly Administered)
------------------------------------------------------------ x

**Docket Ref. No. 3**

## ORDER AUTHORIZING DEBTORS TO FILE (I) CONSOLIDATED LIST OF CREDITORS AND (II) CONSOLIDATED LIST OF TOP THIRTY CREDITORS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order (this "Order") pursuant to sections 341, 105(a) and 521 of the Bankruptcy Code, Section 156(c), rule 1007 of the Bankruptcy Rules, and rules 1001 1(c), 1007-2, 2002-1, and 9013-1(m) of the of the Local Rules, (i) authorizing the Debtors to file a consolidated list of creditors, (ii) authorizing the Debtors to file a consolidated list of the Debtors' thirty (30) largest unsecured creditors, and (iii) granting certain related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter an Interim order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company, Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

DOCS_DE:218581.3

consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file a consolidated list of creditors. The requirements of Local Rule 1007-2(a) and Local Rule 2002-1(f)(v) that separate mailing matrices be submitted for each Debtor are permanently waived, and the Debtors are authorized to submit a consolidated list of creditors; *provided, however*, that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its individualized creditor mailing matrix.

3. The Debtors are authorized to file a consolidated list of their thirty (30) largest unsecured creditors.

4. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated:  Wilmington, Delaware
        March 27, 2018

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

DOCS_DE:218581.3