**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*, | : | Case No. 18-10684 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Pension Benefit Guaranty Corporation,** 1200 K Street NW, Washington DC 2005, Att: Kimberly Neureiter, Phone: 202-326-4020 x 3581, email: neureiter.kimberly@pbgc.gov.

2. **Michelle Lefebre, as personal Representative of the Estate of Shellsea Lefebre,** c/o Leonard (Bud) Siudara, Esq., 5865 Andover Court, Suite 100, Troy, MI 48098, Phone: 248-417-7300, email: Budatlaw@msn.com

3. **Joy Seguin, as representative of Precious Seguin**, c/o Timothy Monsees, Monsees & Mayer, 4717 Grand Avenue, Suite 820, Kansas City, MO 64112, phone: 816-361-5555, email: tmonsees@monseesmayer.com

4. **The Lanier Law Firm,** 6810 FM 1960 West, Houston, TX 77069, Att: Mark Lanier, phone: 713-659-5200, email: wml@lanierlawfirm.com

5. **Art Guild Inc.,** 300 Wolf Drive, West Deptford, NJ 08086, Att: Alanna Nelson, phone: 856-853-7500, email: anelson@artguildinc.com


    ANDREW R. VARA
    Acting United States Trustee, Region 3


    /s/ *Juliet Sarkessian* for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: April 9, 2018

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq., Phone: 302-652-4100; Fax: 302.652.4400