## **Exhibit D**

## Identity of Litigation Trustee

Susheel Kirpalani, a partner in the firm of Quinn Emmanuel Urquhart & Sullivan, LLP, shall serve as the Litigation Trustee.