```
IN THE UNITED STATES BANKRUPTCY COURT
    FOR THE DISTRICT OF DELAWARE
```

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | : | Case No. 18-10684 (BLS) |
|  | : | (Jointly Administered) |
| Debtors. | : | **Ref. Docket No. 171** |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. RYAN IN SUPPORT OF
THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING RETENTION AND EMPLOYMENT OF
GRANT THORNTON LLP AS INDEPENDENT AUDITOR
TO THE DEBTORS NUNC PRO TUNC**

I, Michael J. Ryan, state the following under penalty of perjury:

1.  I am familiar with the matters set forth herein, and if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Application.

2.  I am a Partner of the firm of Grant Thornton LLP ("Grant Thornton"). I am duly authorized to execute this supplemental declaration (the "Supplement") on behalf of Grant Thornton.

3.  I make this Supplement in support of the *Debtors' Application for Entry of an Order Authorizing Retention and Employment of Grant Thornton as Independent Auditor, Nunc*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

01:21356545.3

*Pro Tunc to March 25, 2018* (the "Application").² This Supplement is also submitted as the statement required pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. Pursuant to the request of United States Trustee Juliet Sarkessian, I am supplementing my original affidavit with the following additional information:

    a. Engagement Letter: The Engagement Letter attached to the Application as Exhibit C is for the 2017 audit which was already completed. Grant Thornton has been paid all outstanding fees related to the 2017 audit. However, the Engagement Letter also provides that Grant Thornton will perform review work in preparation for the 2018 audit (the "Review Work") as follows, "Subject to our appointment and approval by the audit committee as the auditor of record for the year ending December 31, 2017, we will also perform a review of each of the first three quarters ending December 31, 2018. In the event we have not issued a separate letter documenting our understanding of the arrangements for such services, the terms and conditions of this Engagement Letter will cover these services and will continue in full force and effect through their completion." (*See* Engagement Letter, pg. 3). As such, the estimated fee amount for 2018 in the Application includes the estimated costs for the 2018 Review Work.

    b. Pre-Petition Amounts Owed: Grant Thornton is not owed any pre-petition amounts.

---

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

    c. <u>Adverse Interests Representation</u>: To the best of its knowledge and after performing an extensive conflicts check, Grant Thornton does not hold or represent any interests adverse to the Debtors' estates.

    d. <u>Schedule II</u>: The fees received from the Cerberus entities do not comprise in excess of 1% of Grant Thornton's revenue for the last fiscal year.

5.    The foregoing constitutes the statement of Grant Thornton pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2018

/s/ Michael J. Ryan
Michael J. Ryan
Partner