IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
                                                    :
In re:                                              : Chapter 11
                                                    :
REMINGTON OUTDOOR COMPANY,                          : Case No. 18-10684 (BLS)
INC., *et al.*,[1]                                  :
                                                    : (Jointly Administered)
                        Debtors.                    :
                                                    : Ref. Docket No. 134
---------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE EMPLOYMENT AND COMPENSATION
OF PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS,
EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned hereby certifies that:

1. On April 11, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 134] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of application, objections to the Motion were to be filed and served no later than April 25, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors received informal comments from the Office of the United States Trustee (the "UST") to the Motion.

3. The undersigned further certifies that he has caused the review of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

Court's docket in this case and no further answer, objection, or other responsive pleading to the Motion appears thereon.

4. Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Proposed Order"), which resolves the informal comments from the UST.

5. Attached hereto as **Exhibit B** is a blackline of the Revised Proposed Order, showing changes made from the Motion.

6. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: April 27, 2018
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:     (424) 386-4000
Facsimile:     (213) 629-5063
Email:         gbray@milbank.com
               tkreller@milbank.com
               hmaghakian@milbank.com

*Counsel to Debtors and Debtors in Possession*