# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
:
In re: : Chapter 11
:
REMINGTON OUTDOOR COMPANY, : Case No. 18-10684 (BLS)
INC., *et al.*,[1]
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 169
---------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER, PURSUANT TO 11 U.S.C. §§ 327(A) AND 330, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE, AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On April 13, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte Tax LLP as Tax Services Provider, Pursuant to 11 U.S.C. §§ 327(a) and 330, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief* (the "Application") [Docket No. 169] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On April 25, 2018, the Debtors filed the *Supplemental Declaration of Stephen Harrison in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte Tax LLP as Tax Services Provider, Pursuant to 11*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

*U.S.C. §§ 327(a) and 330, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief* [Docket No. 201] with the Court.

3. Pursuant to the notice of application, objections to the Application were to be filed and served no later than April 25, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors received informal comments from the Office of the United States Trustee (the "UST") to the Application.

4. The undersigned further certifies that he has caused the review of the Court's docket in this case and no further answer, objection, or other responsive pleading to the Application appears thereon.

5. Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Proposed Order"), which resolves the UST's informal comments.

6. Attached hereto as **Exhibit B** is a blackline of the Revised Proposed Order, showing changes made from the Application.

7. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: April 27, 2018
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:       ljones@pszjlaw.com
             tcairns@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Gregory A. Bray (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:   (424) 386-4000
Facsimile:    (213) 629-5063
Email:          gbray@milbank.com
                    tkreller@milbank.com
                    hmaghakian@milbank.com

*Counsel to Debtors and Debtors in Possession*