# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*, | Case No. 18-10684 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Related D.I. 276** |

### DECLARATION OF MICHAEL G. MENKOWITZ, ESQUIRE IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 16, 2018 THROUGH MAY 15, 2018

I, Michael G. Menkowitz, Esquire, hereby declare as follows:

1. I am a partner in the law firm of Fox Rothschild LLP ("Fox Rothshild"), with offices at 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3291 and 919 North Market Street, Suite 1300, Wilmington, DE 19899-2323. Fox represents the Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc., *et al*.

2. I make this declaration in support of Fox Rothschild's first and final fee application filed on May 29, 2018 (the "Fee Application") [D.I. 276] and in order to supplement information requested by the Office of the United States Trustee.

3. In accordance with the Large Fee Case Guidelines, Fox Rothschild provides answers to the following with respect to its representation of the Committee and the compensation requested in connection with that representation:

   (a) Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this

engagement that were provided during the application period? Answer: No and *See* Declaration of Michael Menkowitz, Docket no. 214 at paragraph 15.

(b) If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? Answer: No, not applicable, no budget and no variation and *See* Affidavit of Mark Lanier at Docket No. 269 at paragraphs 5 and 6,

(c) Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? Answer: No and *See* Declaration of Michael Menkowitz, Docket no. 214 at paragraph 15.

(d) Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. Answer: No, the fee application does not even include time for preparing the fee application.

(e) Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. Answer: No.

(f) If the fee application includes any rate increases since retention:

2

(i) Did your client review and approve those rate increases in advance?

(ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? Answer: No. not applicable; no rate increases since retention.

4. The Office of the United States Trustee also requested additional information regarding the aggregated blended rate for timekeepers. The blended rated for all attorneys and for all timekeepers was provided in the cover sheet of the fee application. This information and additional aggregated calculations are included on an **amended exhibit C**, which is attached to this declaration.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

By: */s/ Michael G. Menkowitz*
Michael G. Menkowitz, Esq.
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com

Dated:  July 11, 2018

*Attorneys for the Official Committee of Unsecured Creditors for the jointly administered estates of Remington Outdoor Company, Inc., et al.*

# Amended EXHIBIT "C"

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Partner | $476.21 | $665.81 |
| Associate | $309.99 | $317.58 |
| Paralegal | $212.81 | $365.00 |
| All time keepers aggregated – Philadelphia office | $557.90 | $524.35 |
| All time keepers aggregated – Wilmington office | $481.61 | $447.07 |
| All time keepers aggregated - firm wide | $484.74 | $531.41 |