# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>REMINGTON OUTDOOR COMPANY, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10684 (BLS)<br>(Jointly Administered)<br><br>**Related to D.I. 276 and 318** |

## CERTIFICATION OF NO OBJECTION REGARDING D.I. NO. 276

The undersigned hereby certifies that, as of the date hereof, he received no answer or other responsive pleading to the *First and Final Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 16, 2018 through May 15, 2018 (the "Application")* [Docket No. 276; Filed on May 29, 2018]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Motion were to be filed and served no later than July 11, 2018 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman (DE # 4588)
919 N. Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtors Remington Outdoor Company, Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

59472309v1

Michael G. Menkowitz  
2000 Market Street, 20th Floor  
Philadelphia, PA 19103-3222  
(215) 299-2000/Fax (215) 299-2150  
mmenkowitz@foxrothschild.com

*Attorneys for the Official Committee of Unsecured Creditors*

Dated: July 12, 2018