Final Claim Register
In re Remington Outdoor Company, Inc., et al.
Case No. 18-10684

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Albright, Brian J.<br>c/o Holland Law Firm<br>Attn: Eric D. Holland<br>300 N. Tucker, Suite 801<br>St. Louis, MO 63101 | 17 | 4/25/2018 | Remington Arms Company, LLC | | | $5,000,000.00 | | | $5,000,000.00 |
| Allied Electronics, Inc.<br>PO Box 2325<br>Fort Worth, TX 76113 | 5 | 4/19/2018 | Remington Arms Company, LLC | $2,306.92 | | | | | $2,306.92 |
| Allied Electronics, Inc.<br>PO Box 2325<br>Fort Worth, TX 76113 | 6 | 4/19/2018 | Barnes Bullets, LLC | $355.43 | | | | | $355.43 |
| AT&T Corp<br>c/o AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | 37 | 6/14/2018 | Remington Arms Company, LLC | $939.47 | | | | | $939.47 |
| Central Telephone Company - North Carolina dba CenturyLink<br>Centurylink Communications, LLC. - Bankruptcy<br>600 New Century Parkway<br>New Century, KS 66031 | 27 | 5/15/2018 | Remington Arms Company, LLC | $470.21 | | | | | $470.21 |
| CenturyLink Communications, LLC f/k/a Qwest Communications Company, LLC<br>Bankruptcy<br>600 New Century Parkway<br>New Century, KS 66031 | 26 | 5/15/2018 | Remington Arms Company, LLC | $6,442.96 | | | | | $6,442.96 |
| CHEMETCO PRP GROUP<br>C/O CURT RICHARDS<br>3855 NORTH OCOEE STREET, SUITE 200<br>CLEVELAND, TN 37312 | 34 | 5/23/2018 | Remington Arms Company, LLC | $22,000.00 | | | | | $22,000.00 |
| Connecticut Department of Revenue Services<br>Collections Unit - Bankruptcy Team<br>450 Columbus Blvd., Ste. 1<br>Hartford, CT 06103-1837 | 32 | 5/29/2018 | Remington Outdoor Company, Inc. | | $250.00 | | | | $250.00 |
| Connecticut Department of Revenue Services<br>Collections Unit - Bankruptcy Team<br>450 Columbus Blvd., Ste. 1<br>Hartford, CT 06103-1837 | 33 | 5/29/2018 | Remington Arms Company, LLC | $150.00 | $1,180.00 | | | | $1,330.00 |
| CPP Corporation - Steel Treaters<br>Attn: Kimberly Hernandez<br>Accounts Receivable Department<br>34000 Lakeland Blvd.<br>Eastlake, OH 44095 | 9 | 4/16/2018 | Remington Arms Company, LLC | $12,314.13 | | | | | $12,314.13 |
| Embarq Missouri - Northern Missouri dba Centurylink<br>Centurylink Communications, LLC. - Bankruptcy<br>600 New Century Parkway<br>New Century, KS 66031 | 28 | 5/15/2018 | Remington Arms Company, LLC | $1,271.97 | | | | | $1,271.97 |

Final Claim Register
In re Remington Outdoor Company, Inc., et al.
Case No. 18-10684

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Fuller, Melissa Wynne c/o Holland Law Firm Attn: Eric D. Holland 300 N. Tucker, Suite 801 St. Louis, MO 63101 | 18 | 4/25/2018 | Remington Arms Company, LLC | | | $5,000,000.00 | | | $5,000,000.00 |
| GreatAmerica Financial Services Corporation Attn: Peggy Upton P.O. Box 609 Cedar Rapids, IA 52406 | 4 | 4/17/2018 | Remington Arms Company, LLC | $14,393.85 | | | | | $14,393.85 |
| HALO BRANDED SOLUTIONS, INC. 1500 HALO WAY STERLING, IL 61081 | 30 | 5/21/2018 | Remington Outdoor Company, Inc. | $1,426.04 | | | | | $1,426.04 |
| Harris County, et al c/o Linebarger Goggan Blair & Sampson, LLP Attn: John P. Dillman PO Box 3064 Houston, TX 77253-3064 | 22 | 4/23/2018 | Remington Arms Company, LLC | | $0.00 | $0.00 | | | $0.00 |
| Hartford Fire Insurance Company as Assignee of Hartford Specialty Company Hartford Fire Insurance Company Bankruptcy Unit, NP-3, Hartford Plaza Hartford, CT 06155 | 16 | 4/30/2018 | Remington Outdoor Company, Inc. | | | $0.00 | | | $0.00 |
| Heritage Environmental Services, LLC Attn: Accounting 6510 Telecom Dr., Ste. 400 Indianapolis, IN 46278 | 35 | 6/1/2018 | Remington Arms Company, LLC | $34,191.32 | | | | | $34,191.32 |
| Heritage Environmental Services, LLC Attn: Accounting 6510 Telecom Dr., Ste. 400 Indianapolis, IN 46278 | 36 | 6/1/2018 | Remington Arms Company, LLC | $26,929.91 | | | | | $26,929.91 |
| KCPL Greater Missouri Corporation INC. PO Box 11739 Kansas City, MO 64138-0239 | 21 | 5/1/2018 | Remington Outdoor Company, Inc. | $38,429.67 | | | | | $38,429.67 |
| Keen, Jimmie L. c/o Holland Law Firm Attn: Eric D. Holland 300 N. Tucker, Suite 801 St. Louis, MO 63101 | 13 | 4/25/2018 | Remington Arms Company, LLC | | | $5,000,000.00 | | | $5,000,000.00 |
| Lancer Systems LP 2800 Milford Square Pike Quakertown, PA 18951 | 7 | 4/16/2018 | Remington Outdoor Company, Inc. | $7,018.26 | | | | | $7,018.26 |
| Mississippi Department of Revenue Bankruptcy Section P.O. Box 22808 Jackson, MS 39225-2808 | 25 | 5/16/2018 | Remington Outdoor Company, Inc. | | $45,048.00 | | | | $45,048.00 |
| Motion Industries, Inc. P.O. Box 1477 Birmingham, AL 35201 | 8 | 4/16/2018 | Remington Arms Company, LLC | $18,905.50 | | | | | $18,905.50 |

Final Claim Register
In re Remington Outdoor Company, Inc., et al.
Case No. 18-10684

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| PacifiCorp<br>Pacific Power/Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125 | 44 | 7/10/2018 | Barnes Bullets, LLC | $4,201.21 | | | | | $4,201.21 |
| Parmatech Corporation<br>Caryn Mitchell, CFO<br>55 Service Avenue<br>Warwick, RI 02886 | 29 | 5/20/2018 | Remington Outdoor Company, Inc. | $48,491.08 | | | | | $48,491.08 |
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN: ROBIN FERGUSON, CFCA, CPM, TAX MANAGER<br>POST OFFICE BOX 6340<br>CLEARWATER, FL 33758-6340 | 43 | 7/16/2018 | Remington Outdoor Company, Inc. | | | $4,666.79 | | | $4,666.79 |
| Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484 | 24 | 5/14/2018 | Remington Arms Company, LLC | $1,271.56 | | | | | $1,271.56 |
| Praxair Inc<br>Attn:  Tina Hoffman<br>175 East Park Drive<br>Building 2<br>Buffalo, NY 14150 | 14 | 5/7/2018 | Remington Arms Company, LLC | $1,557.50 | | | | | $1,557.50 |
| Rhode Island Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | 38 | 6/21/2018 | Remington Arms Company, LLC | $429.50 | $3,812.63 | | | | $4,242.13 |
| Safety-Kleen/CleanHarbors<br>600 Longwater Drive<br>Norwell, MA 02061 | 2 | 4/10/2018 | Remington Outdoor Company, Inc. | $241,333.65 | | | | | $241,333.65 |
| South Carolina Department of Revenue<br>P.O. Box 12265<br>Columbia, SC 29211 | 20 | 5/1/2018 | Remington Outdoor Company, Inc. | | $25.00 | | | | $25.00 |
| Staples<br>Attn: Daneen Lotsey<br>300 Arbor Lake Drive<br>Columbia, SC 29223 | 3 | 4/10/2018 | Remington Arms Company, LLC | $13,483.12 | | | | | $13,483.12 |
| State of Connecticut, Unclaimed Property Division<br>c/o Pullman & Comley, LLC<br>Attn: Elizabeth Austin, Esq.<br>850 Main Street, 8th Floor<br>Bridgeport, CT 06601 | 12 | 4/23/2018 | Remington Arms Company, LLC | $0.00 | | | | | $0.00 |
| State of New Jersey Division of Taxation Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695 | 39 | 6/7/2018 | Remington Outdoor Company, Inc. | | $4,000.00 | | | | $4,000.00 |
| State of NJ - Unclaimed Property<br>PO Box 214<br>Trenton, NJ 08625 | 1 | 4/9/2018 | Remington Outdoor Company, Inc. | $0.00 | | | | | $0.00 |
| Suazo, Peggy Maria<br>c/o Holland Law Firm<br>Attn: Eric D. Holland<br>300 N. Tucker, Suite 801<br>St. Louis, MO 63101 | 19 | 4/25/2018 | Remington Arms Company, LLC | | | $5,000,000.00 | | | $5,000,000.00 |

Final Claim Register
In re Remington Outdoor Company, Inc., et al.
Case No. 18-10684

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy & Collections Division P.O. Box 12548, MC-008 Austin, TX 78711 | 41 | 6/21/2018 | Barnes Bullets, LLC | | $5,000.00 | | | | $5,000.00 |
| Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy & Collections Division P.O. Box 12548, MC-008 Austin, TX 78711 | 42 | 6/21/2018 | Remington Arms Company, LLC | | $5,000.00 | | | | $5,000.00 |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | 11 | 4/30/2018 | Remington Arms Company, LLC | $3,695.87 | | | | | $3,695.87 |
| UL LLC UL LLC Legal Department 333 Pfingsten Northbrook, IL 60062 | 15 | 5/1/2018 | Remington Arms Company, LLC | $1,280.00 | | | | | $1,280.00 |
| United Rentals, Inc. Attn: Catina Bennett 6125 Lakeview Road #300 Charlotte, NC 28269 | 31 | 5/14/2018 | Remington Outdoor Company, Inc. | $8,809.52 | | | | | $8,809.52 |
| Walton, Travis Christopher K. Roberts, Esq. 21650 Oxnard Street, Suite 1620 Woodland Hills, CA 91367 | 10 | 4/19/2018 | Remington Arms Company, LLC | $2,000,000.00 | | | | | $2,000,000.00 |
| Zurich American Insurance Company P.O. Box 68549 Schaumburg, IL 60196 | 23 | 5/7/2018 | Remington Arms Company, LLC | $0.00 | | | | | $0.00 |