OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Remington Outdoor Company, Inc.   Bank: Cadence Bank

Bankruptcy Number: 18-10684   Account Number: XXX1407

Date of Confirmation: May 15, 2018   Account Type: Operating

Reporting Period (month/year): 7/17/18 to 9/30/18

| | |
|---|---|
| Beginning Cash Balance: | $ 0.0 million |
| All receipts received by the debtor: | |
| Cash Sales: | $ 0.0 million |
| Collection of Accounts Receivable: | $ 0.0 million |
| Proceeds from Litigation (settlement or otherwise): | $ 0.0 million |
| Sale of Debtor's Assets: | $ 0.0 million |
| Capital Infusion pursuant to the Plan: | $ 0.0 million |
| Total of cash received: | $ 0.0 million |
| Total of cash available: | $ 0.0 million |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.0 million |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0.0 million |
| All other disbursements made in the ordinary course: | $ 0.0 million |
| Total Disbursements (a) | $ 0.0 million |
| Ending Cash Balance | $ 0.0 million |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/19/18
Date

*[signature]*, Corporate Controller
Name/Title

Debtor: Remington Outdoor Company, Inc.
Case Number: 18-10684

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re Remington Outdoor Company, Inc., et al | Case No. 18-10684 |
|---|---|
| Debtor | Reporting Period: 7/17/2018 - 9/30/2018 |

## Schedule of Cash Receipts and Disbursements
Reporting Period: 7/17/2018 - 9/30/2018
(unaudited)

|  | Remington Outdoor Company, Inc. 18-10684 |
|---|---:|
| **Receipts** |  |
| Total Receipts | $ - |
|  |  |
| **Disbursements** |  |
| Materials Trade | $ - |
| Non-Materials Trade | - |
| Logistics | - |
| Utilities | - |
| Insurance | - |
| Compensation & Benefits | - |
| Taxes | - |
| Legal | - |
| Other Disbursements | - |
| Debt Service | - |
| Professional Fees | - |
| Total Disbursements | $ - |
|  |  |
| **Net Cash Flow** | $ - |
|  |  |
| Total Disbursements (above) | $ - |
|  |  |
| **Non-Cash Adjustments** |  |
| Debt Paydowns | $ - |
| Allocation of Disbursements to Entities (1) | - |
| Other Disbursements (2) | - |
| **Total Non-Cash Adjustments** | $ - |
|  |  |
| **Adjusted Disbursements** | $ - |
|  |  |
| **US Trustee Fees** | $ 325 |