# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **REMINGTON OUTDOOR COMPANY, INC.**, *et al.*, | Case No. 18-10684 (BLS) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| **In re:** | Chapter 11 |
| **FGI HOLDING COMPANY, LLC,** | Case No. 18-10685 (BLS) |
| Reorganized Debtors. | |
| **In re:** | Chapter 11 |
| **FGI OPERATING COMPANY, LLC** | Case No. 18-10686 (BLS) |
| Reorganized Debtors. | |
| **In re:** | Chapter 11 |
| **REMINGTON ARMS COMPANY, LLC,** | Case No. 18-10687 (BLS) |
| Reorganized Debtors. | |

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company, Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BARNES BULLETS, LLC,** | **Case No. 18-10688 (BLS)** |
| Reorganized Debtors. | |
| **In re:** | **Chapter 11** |
| **TMRI, INC.,** | **Case No. 18-10689 (BLS)** |
| Reorganized Debtors. | |
| **In re:** | **Chapter 11** |
| **RA BRANDS, L.L.C.,** | **Case No. 18-10690 (BLS)** |
| Reorganized Debtors. | |
| **In re:** | **Chapter 11** |
| **FGI FINANCE, INC.,** | **Case No. 18-10691 (BLS)** |
| Reorganized Debtors. | |
| **In re:** | **Chapter 11** |
| **REMINGTON ARMS DISTRIBUTION COMPANY, LLC,** | **Case No. 18-10692 (BLS)** |
| Reorganized Debtors. | |
| **In re:** | **Chapter 11** |
| **HUNTSVILLE HOLDINGS LLC,** | **Case No. 18-10693 (BLS)** |
| Reorganized Debtors. | |

|  |  |
|---|---|
| In re: <br><br> **32E PRODUCTIONS, LLC,** <br><br> Reorganized Debtors. | **Chapter 11** <br><br> **Case No. 18-10694 (BLS)** |
| In re: <br><br> **GREAT OUTDOORS HOLDCO, LLC,** <br><br> Reorganized Debtors. | **Chapter 11** <br><br> **Case No. 18-10695 (BLS)** |
| In re: <br><br> **OUTDOOR SERVICES, LLC,** <br><br> Reorganized Debtors. | **Chapter 11** <br><br> **Case No. 18-10696 (BLS)** |

**CERTIFICATION OF COUNSEL REGARDING
EXTENSION OF DEADLINE FOR FILING NOTICE OF
INTENT TO BRING SPECIFIC AVOIDANCE ACTION**

The undersigned bankruptcy co-counsel to Susheel Kirpalani, Trustee (the "Litigation Trustee") of the Remington Litigation Trust (the "Trust") hereby certifies as follows regarding the proposed *Order Approving Stipulation Of Reorganized Debtors And Litigation Trustee To Extend Deadline For Litigation Trustee To File Notice Of Intent To Bring Specific Avoidance Action* (the "Proposed Order"), attached hereto as **Exhibit A**:

1. On September 12, 2018, the Court entered an Order vacating the Closing Order,[2] *nunc pro tunc* to the date it was entered, to the extent it closed the Chapter 11 case of Remington Outdoor Company, Inc. With respect to the Non-ROC Debtors, the September 12,

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed them in the Order Partially Vacating Final Decree [Dkt. No. 358].

3

2018 Order requires to the Litigation Trustee to provide notice of an intent to pursue an Avoidance Action by January 15, 2019.

2. On January 11, 2019, the Litigation Trustee requested a one-week extension to conclude his investigation of the Avoidance Actions related to the Non-ROC Debtors. On January 14, 2019, the Court granted the Litigation Trustee's Request. As such, the deadline for the Litigation Trustee to provide notice of an intent to pursue an Avoidance Action is January 22, 2019.

3. The Litigation Trustee has continued to work diligently in respect of the January 22, 2019 deadline but requires an additional one-week extension to conclude his investigation of the Avoidance Actions related to the Non-ROC Debtors.

WHEREFORE, the Litigation Trustee and the Reorganized Debtors have stipulated to a one-week extension to the January 29, 2019 deadline and respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A**, in each of the above-captioned adversary proceedings.

Dated: January 18, 2019

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        By: */s/ Tamara K. Mann*
           Robert J. Dehney (No. 3578)
           Tamara K. Mann (No. 5643)
           1201 N. Market St., 16th Floor
           P.O. Box 1347
           Wilmington, DE 19899-1347
           Telephone: (302) 658-9200
           Facsimile: (302) 658-3989
           rdehney@mnat.com
           tmann@mnat.com

           -and-

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

           James C. Tecce
           Rex Lee
           Jordan Harap
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           Telephone: (212) 849-7000
           Facsimile: (212) 849-7100

        *Counsel to the Litigation Trustee*