**Exhibit 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**REMINGTON OUTDOOR COMPANY, INC.,** *et al.,*<br><br>Reorganized Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-10684 (BLS)**<br><br>**(Jointly Administered)** |
| In re:<br><br>**FGI HOLDING COMPANY, LLC,**<br><br>Reorganized Debtors. | **Chapter 11**<br><br>**Case No. 18-10685 (BLS)** |
| In re:<br><br>**FGI OPERATING COMPANY, LLC**<br><br>Reorganized Debtors. | **Chapter 11**<br><br>**Case No. 18-10686 (BLS)** |
| In re:<br><br>**REMINGTON ARMS COMPANY, LLC,**<br><br>Reorganized Debtors. | **Chapter 11**<br><br>**Case No. 18-10687 (BLS)** |

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company, Inc., the top-level holding company, are located at 870 Remington Drive, Madison, NC 27025.

In re:

BARNES BULLETS, LLC,

             Reorganized Debtors.

Chapter 11

Case No. 18-10688 (BLS)

---

In re:

TMRI, INC.,

             Reorganized Debtors.

Chapter 11

Case No. 18-10689 (BLS)

---

In re:

RA BRANDS, L.L.C.,

             Reorganized Debtors.

Chapter 11

Case No. 18-10690 (BLS)

---

In re:

FGI FINANCE, INC.,

             Reorganized Debtors.

Chapter 11

Case No. 18-10691 (BLS)

---

In re:

REMINGTON ARMS DISTRIBUTION
COMPANY, LLC,

             Reorganized Debtors.

Chapter 11

Case No. 18-10692 (BLS)

---

In re:

HUNTSVILLE HOLDINGS LLC,

             Reorganized Debtors.

Chapter 11

Case No. 18-10693 (BLS)

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **32E PRODUCTIONS, LLC,** | : | |
| | : | **Case No. 18-10694 (BLS)** |
| Reorganized Debtors. | : | |
| | : | |
| **In re:** | : | |
| | : | **Chapter 11** |
| **GREAT OUTDOORS HOLDCO, LLC,** | : | |
| | : | **Case No. 18-10695 (BLS)** |
| Reorganized Debtors. | : | |
| | : | |
| **In re:** | : | |
| | : | **Chapter 11** |
| **OUTDOOR SERVICES, LLC,** | : | |
| | : | **Case No. 18-10696 (BLS)** |
| Reorganized Debtors. | : | |
| | : | |

### THIRD AMENDED STIPULATION OF REORGANIZED DEBTORS AND LITIGATION TRUSTEE TO EXTEND DEADLINE FOR LITIGATION TRUSTEE TO FILE NOTICE OF INTENT TO BRING SPECIFIC AVOIDANCE ACTION

The Reorganized Debtors and the Litigation Trustee[2] (together, the "Parties"), by and through their respective counsel, hereby enter into this *Third Amended Stipulation Of Reorganized Debtors And Litigation Trustee To Extend Deadline For Litigation Trustee To File Notice Of Intent To Bring Specific Avoidance Action* (this "Third Amended Stipulation") and represent and agree as follows:

**WHEREAS**, on July 16, 2018, the Court entered the *Final Decree (i) Closing Chapter 11 Cases; (ii) Terminating Certain Claims and Noticing Services; and (iii) Granting Related Relief* [Dkt. 335];

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification (as defined herein).

WHEREAS, on September 12, 2018, the Court entered the *Order Partially Vacating Final Decree To Extent It Closed Certain Chapter 11 Cases* [Dkt. 358];

WHEREAS, on January 14, 2019, the Court entered the *Order Approving Stipulation Of Reorganized Debtors And Litigation Trustee To Extend Deadline For Litigation Trustee To File Notice Of Intent To Bring Specific Avoidance Action* [Dkt. 364];

WHEREAS, on January 22, 2019, the Court entered the *Order Approving Amended Stipulation Of Reorganized Debtors And Litigation Trustee To Extend Deadline For Litigation Trustee To File Notice Of Intent To Bring Specific Avoidance Action* [Dkt. 370];

WHEREAS, on January 28, 2019, the Court entered the *Order Approving Second Amended Stipulation Of Reorganized Debtors And Litigation Trustee To Extend Deadline For Litigation Trustee To File Notice Of Intent To Bring Specific Avoidance Action* [Dkt. 374] (the "Order Approving Second Amended Stipulation");

WHEREAS, pursuant to the Order Approving Second Amended Stipulation, the deadline for the Litigation Trustee to file a Notice of Intent to bring a specific Avoidance Action is February 26, 2019;

WHEREAS, the Litigation Trustee has been working diligently in respect of that February 26, 2019 deadline but requires a modest extension to conclude his investigation and determine whether to file a Notice of Intent to bring certain Avoidance Action(s);

WHEREAS, the Parties submit a *Certification of Counsel Regarding Extension Of Deadline For Filing Notice Of Intent To Bring Specific Avoidance Action* (the "Certification") together with this Second Amended Stipulation;

NOW, THEREFORE, the Parties hereby mutually agree as follows:

1.      The Parties agree to submit a Proposed Order to the Court to amend paragraph 1 of the Order Approving Second Amended Stipulation [Dkt. 374] to extend the February 26, 2019 deadline for filing a Notice of Intent until March 26, 2019.

Dated: February 26, 2019
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

By: /s/ Tamara K. Mann
    Robert J. Dehney (No. 3578)
    Tamara K. Mann (No. 5643)
    1201 N. Market St., 16th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 658-3989
    rdehney@mnat.com
    tmann@mnat.com

    -and-

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

    James C. Tecce
    Rex Lee
    Jordan Harap
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Telephone: (212) 849-7000
    Facsimile: (212) 849-7100

*Counsel to the Litigation Trustee*

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Michael J. Merchant
    Michael J. Merchant (No. 3854)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701
    Email: merchant@rlf.com

    -and-

O'MELVENY & MYERS LLP

    Daniel S. Shamah
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    Email: dshamah@omm.com

*Counsel to Reorganized Remington*